R. WALKER HUMPHREY, II, ESQ., CA Bar No. 297913
whumphrey@willoughbyhoefer.com
WILLOUGHBY & HOEFER, P.A.
133 River Landing Drive, Suite 200
Charleston, SC 29492
843-619-4426 Telephone
843-619-4430 Facsimile

C. ANDREW WATERS, ESQ., CA Bar No. 147259
waters@waterskraus.com
SUSANNAH CHESTER-SCHINLDER, TX Bar. No. 24056878 (*pro hac vice*)
schester@waterskraus.com
MATTHEW B. BUFFORD, TX Bar. No. 24118643 (*pro hac vice*)
mbufford@waterskraus.com
WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
214-357-6244 Telephone
214-357-7252 Facsimile

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA A GRIFFING**, Individually and as Personal Representative of the Estate of **JACK R. GRIFFING**, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>**VIACOMCBS INC**. (*f/k/a* CBS CORPORATION *f/k/a* VIACOM, INC., *Successor by merger with* CBS CORPORATION *f/k/a* WESTINGHOUSE ELECTRIC CORPORATION),<br><br>Defendant. | Case No. 3:20-cv-6633-MMC<br><br>[PROPOSED] **ORDER APPROVING WRONGFUL DEATH SETTLEMENT; VACATING HEARING**<br><br>Date:   ~~June 18, 2021~~<br>Time:   ~~9:00 am~~<br>Judge:  Hon. Maxine M. Chesney<br>Courtroom: 7 |

\\\

---

1

[PROPOSED] ORDER APPROVING WRONGFUL DEATH AND SURVIVAL SETTLEMENT

1    Plaintiff Patricia A. Griffing, individually and as the duly appointed Personal Representative of the
2  Estate of Jack R. Griffing, Deceased, filed a wrongful death and survival action in this Court on September
3  22, 2020.  Plaintiff alleges that Decedent was exposed to asbestos while serving in the United States Navy
4  from equipment manufactured, designed, and supplied by Defendant, and that Decedent subsequently died
5  from asbestos-related lung cancer.  According to plaintiff, at ~~At~~ the time of his death, Decedent was a resident of Charleston County,
6  South Carolina, and his ~~His~~ estate accordingly is being administered by the Charleston County Probate Court.
7    Before this Court is Plaintiff's motion for approval of a settlement agreement between Plaintiff and
8  Defendant.  ~~This~~ Court~~'s~~ approval of the settlement is required by §§ 15-51-41 and 15-51-42 of the South
9  Carolina Code of Laws.  ~~This Court held a hearing on Plaintiff's motion on June 18, 2021, at 9:00 a.m., at~~
10 ~~which Plaintiff and counsel for Plaintiff and Defendant appeared by videoconference.~~  The Court has
11 reviewed the terms of the settlement agreement ~~*in camera*~~, and Plaintiff and her counsel have verified that
12 they understand the terms of the settlement and believe it is fair and reasonable. Plaintiff further wishes
13 to allocate fifty ~~ninety~~ percent of the settlement amount to the wrongful death claim and fifty ~~ten~~ percent to the
14 survival claim.[1]  Attorney's fees and costs will be paid out of the settlement proceeds pursuant to the
15 agreement between Plaintiff and her counsel.
16   The Court, having considered the instant motion and the papers submitted in support thereof, finds and concludes that the settlement agreement between Plaintiff and Defendant is
17 fair and equitable and hereby approves the same.[2] Plaintiff is authorized to execute a proper covenant not
18 to execute and/or release as to Defendant and all other documents necessary to conclude the settlement.
19 ~~The covenant not to execute and/or release shall be binding upon Plaintiff individually and as personal~~
20 ~~representative and statutory beneficiary of Decedent's estate.~~
21    IT IS SO ORDERED.
22 Dated:  June 11, 2021
                                                    _____
23                                                   The Honorable Maxine M. Chesney
                                                    Senior United States District Judge
24

---

25 [1] In her Supplemental Motion for Approval of Wrongful Death and Survival Settlement, plaintiff states she wishes to amend the instant motion "to state that the settlement with [defendant] is being divided
26 evenly between the wrongful death and survival claims." (See Suppl. Mot. ¶ 7.)

27 [2] In light thereof, the hearing scheduled for June 18, 2021, is hereby VACATED.

28
                                       2
[PROPOSED] ORDER APPROVING WRONGFUL DEATH AND SURVIVAL SETTLEMENT